FILED
10-15-2025
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr- 219-MMH-MCR
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)

YOLANDA RAMOS
a/k/a "Yolanda Delvalle"
a/k/a "Maria Crespo"
SAMUEL ALEXIS PENA MENDEZ
a/k/a "Victor Benjamin Diaz Hernandez"

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Drug Trafficking Conspiracy)**

Beginning no later than on or about December 13, 2024, and continuing through at least on or about October 3, 2025, in the Middle District of Florida, and elsewhere, the defendants,

YOLANDA RAMOS,
a/k/a "Yolanda Delvalle,"
a/k/a "Maria Crespo"
and
SAMUEL ALEXIS PENA MENDEZ,
a/k/a "Victor Benjamin Diaz Hernandez,"

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a controlled substance.

With respect to each defendant, the violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance in violation of 21 U.S.C. § 841(b)(1)(A).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

Before SAMUEL ALEXIS PENA MENDEZ committed the offense charged in this count, he had a prior final conviction for a serious violent felony, specifically, a conviction for possession of a firearm in furtherance of a drug trafficking crime, on or about September 22, 2014, for which he served more than 12 months of imprisonment.

All in violation of 21 U.S.C. §§ 846 and 851.

**COUNT TWO**
**(Attempted Possession With Intent to Distribute Cocaine)**

At least by on or about September 5, 2025, and continuing through on or about October 3, 2025, in the Middle District of Florida, and elsewhere, the defendants,

YOLANDA RAMOS,
a/k/a "Yolanda Delvalle,"
a/k/a "Maria Crespo"
and
SAMUEL ALEXIS PENA MENDEZ,
a/k/a "Victor Benjamin Diaz Hernandez,"

aiding and abetting each other, did knowingly and intentionally attempt to possess with intent to distribute a controlled substance.

With respect to each defendant, the violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance in violation of 21 U.S.C. § 841(b)(1)(A).

Before SAMUEL ALEXIS PENA MENDEZ committed the offense charged in this count, he had a prior final conviction for a serious violent felony, specifically, a conviction for possession of a firearm in furtherance of a drug trafficking crime, on or about September 22, 2014, for which he served more than 12 months of imprisonment.

All in violation of 21 U.S.C. §§ 841(a)(1), 846, and 851.

**COUNT THREE**
**(Possession With Intent to Distribute Cocaine)**

On or about October 3, 2025, in the Middle District of Florida, and elsewhere, the defendants,

YOLANDA RAMOS,
a/k/a "Yolanda Delvalle,"
a/k/a "Maria Crespo"
and
SAMUEL ALEXIS PENA MENDEZ,
a/k/a "Victor Benjamin Diaz Hernandez,"

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute a controlled substance.

With respect to each defendant, the violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance in violation of 21 U.S.C. § 841(b)(1)(A).

Before SAMUEL ALEXIS PENA MENDEZ committed the offense charged in this count, he had a prior final conviction for a serious violent felony, specifically, a conviction for possession of a firearm in furtherance of a drug trafficking crime, on or about September 22, 2014, for which he served more than 12 months of imprisonment.

All in violation of 21 U.S.C. §§ 841(a)(1) and 851.

**COUNT FOUR**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about October 3, 2025, in the Middle District of Florida, the defendants,

YOLANDA RAMOS,
a/k/a "Yolanda Delvalle,"
a/k/a "Maria Crespo"
and
SAMUEL ALEXIS PENA MENDEZ,
a/k/a "Victor Benjamin Diaz Hernandez,"

aiding and abetting each other, did knowingly possess firearms, that is:

1. a multi-caliber pistol marked with Anderson Arms markings,
2. a multi-caliber pistol marked with Anderson Arms markings,
3. a Glock .40 caliber pistol,
4. a Glock 9mm caliber pistol,

5. a Glock 9mm caliber pistol,

6. a Glock 9mm caliber pistol, and

7. a Glock 9mm caliber pistol,

in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a Court of the United States, specifically, possession with intent to distribute cocaine, as alleged in Count Three above; Count Three being incorporated by reference.

Before SAMUEL ALEXIS PENA MENDEZ committed the offense charged in this count, he had a prior final conviction for possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c), on or about September 22, 2014.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

**COUNT FIVE**
**(Possession of a Firearm or Ammunition by a Convicted Felon)**

On or about October 3, 2025, in the Middle District of Florida, the defendant,

YOLANDA RAMOS,
a/k/a "Yolanda Delvalle,"
a/k/a "Maria Crespo"

knowing that she had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offense: aggravated identity theft, on or about April 22, 2016, did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is:

1. a Glock .40 caliber pistol,

2. a Glock 9mm caliber pistol,

3. a Glock 9mm caliber pistol,

4. a Glock 9mm caliber pistol, and

5. a Glock 9mm caliber pistol,

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**COUNT SIX**
**(Possession of a Firearm or Ammunition by a Convicted Felon)**

On or about October 3, 2025, in the Middle District of Florida, the defendant,

SAMUEL ALEXIS PENA MENDEZ,
a/k/a "Victor Benjamin Diaz Hernandez,"

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offense: possession of a firearm in furtherance of a drug trafficking crime, on or about September 22, 2014, did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is:

1. a Glock .40 caliber pistol,

2. a Glock 9mm caliber pistol,

3. a Glock 9mm caliber pistol,

4. a Glock 9mm caliber pistol, and

5. a Glock 9mm caliber pistol,

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**FORFEITURE**

1. The allegations contained in Counts One through Six are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1) and/or 21 U.S.C. § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 922(g)(1) and/or 18 U.S.C. § 924(c), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the following assets seized from the defendants on or about October 3, 2025, which constitute proceeds of the offenses or property involved in or used in to facilitate the offenses:

a. approximately $299,402 in U.S. currency;

b. a beige in color multi-caliber pistol marked with Anderson Arms markings bearing serial number 34528643,

c. a black in color multi-caliber pistol marked with Anderson Arms markings bearing serial number 34528641,

d. a Glock .40 caliber pistol bearing serial number BSRN443,

e. a Glock 9mm caliber pistol bearing serial number BBAB717,

f. a Glock 9mm caliber pistol bearing serial number CCBX613,

g. a Glock 9mm caliber pistol bearing serial number AFUB434, and

h. a Glock 9mm caliber pistol bearing serial number BXZE400 on the frame.

5. If any of the property described above, as a result of any acts or omissions of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
LAURA COFER TAYLOR
Assistant United States Attorney

By: ______________________
MICHAEL J. COOLICAN
Assistant United States Attorney

By: ______________________
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
10/14/25 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

YOLANDA RAMOS
a/k/a "Yolanda Delvalle"
a/k/a "Maria Crespo"
SAMUEL ALEXIS PENA MENDEZ
a/k/a "Victor Benjamin Diaz Hernandez"

INDICTMENT

Violations: 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 18 U.S.C. § 924(c), & 18 U.S.C. § 922(g)(1)

A true bill,

[redacted]
Foreperson

Filed in open court this 15th day

of October, 2025.

Clerk

Bail $______________