United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.** **NO. 3:25-CR-219-JEP-PDB**

**YOLANDA RAMOS**

---

# Order

At today's hearing on the defendant's motion to reopen the detention hearing, Docs. 139 (motion), 155 (minutes), the court **granted** the motion to the extent that the court conducted a full detention hearing but **denied** the motion to the extent that she requested release. The United States satisfied its burden of showing by a preponderance of the evidence that no condition or combination of conditions will reasonably assure her presence as required and by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community.

Although the defendant produced credible evidence to rebut the presumption of detention that applies in this case (e.g., she complied with release conditions imposed in two previous federal criminal cases against her), the presumption remains a factor for consideration. The court carefully considered that factor and the other factors in the Bail Reform Act, 18 U.S.C. § 3142(g). Each favors detention, even when considering the evidence that she presented. The alleged offenses are among the most serious drug and gun

charges brought in this court, as reflected by the fact that the defendant, if convicted, faces four life terms of imprisonment plus fifteen years. The weight of the evidence against the defendant is strong despite the vigorous defense arguments to the contrary. The defendant's history and characteristics include prior federal felony convictions and other convictions, as well as the use of an alias, which collectively evince a lack of trustworthiness and an inability to abide by the law. The danger posed to others or the community is extremely serious given the enormous amount of cocaine and the sophistication allegedly involved. The proposed third-party custodian is unsuitable; she displayed a lack of forthrightness when confronted with a prior drug case originally brought against her and her ex-husband, and, in any event, has responsibility for a toddler and an aging, infirm adult.

The previously entered detention order remains in effect, Doc. 7.

**Ordered** in Jacksonville, Florida, on October 9, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*